```
 1  BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
 2  Andrew S. Friedman (to seek pro hac vice)
    Wendy J. Harrison (CA 151090)
 3  2901 North Central Avenue, Suite 1000
    Phoenix, Arizona 85012
 4  Telephone: (602) 274-1100
 5  afriedman@bffb.com
    wharrison@bffb.com
 6
 7  CHAVEZ & GERTLER, L.L.P.
    Mark A. Chavez (CA SBN 90858)
 8  Nance F. Becker (CA SBN 99292
    42 Miller Avenue
 9  Mill Valley, California 94941
    Telephone: (415) 381-5599
10  mark@chavezgertler.com
11  nance@chavezgertler.com

12  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
13  John J. Stoia, Jr. (CA SBN 141757)
    Theodore J. Pintar (CA SBN 131372)
14  655 West Broadway, Suite 1900
    San Diego, California 92101
15  Telephone: (619) 231-1058
16  JohnS@csgrr.com
    TedP@csgrr.com
17

18  Counsel for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, | ) Case No. CV08-1515 JW HRL |
| Plaintiff, | ) <u>CLASS ACTION</u> |
| v. | ) **PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER INITIATING DOCUMENTS** |
| FIRST FRANKLIN FINANCIAL CORPORATION, | |
| Defendant. | |

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| NANCE F. BECKER, ESQ. (99292)<br>CHAVEZ & GERTLER<br>42 Miller Avenue<br>Mill Valley, California 94941 | (415) 381-5599 | |
| Attorneys for: FRANCISCO RODRIGUEZ | Ref. No. Or File No.<br>W2493725 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
FRANCISCO RODRIGUEZ

Defendant:
FIRST FRANKLIN FINANCIAL CORPORATION

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1515 JW HRL |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : FIRST FRANKLIN FINANCIAL CORPORATION

By Serving : VIVIAN IMPERIAL, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address : 818 West 7th Street , Los Angeles, California 90017
Date & Time : Wednesday, March 26, 2008 @ 2:40 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 3991
(3) County: Los Angeles
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 27, 2008

Signature: _____
B. Anderson


Printed on recycled paper