Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Mark S. Melodia
Paul S. Bond
REED SMITH LLP
Princeton Forrestal Village
136 Main Street
Suite 250
Princeton, NJ 08540
Telephone:    (609) 520-6015
Facsimile:    (609) 951-0824

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ,<br><br>         Plaintiffs,<br><br>   vs.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION,<br><br>         Defendant. | Case No.: C-08-1515<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:   March 19, 2008<br>Trial Date:     None<br><br>***Honorable James Ware*** |

IT IS HEREBY STIPULATED by and between Plaintiff Francisco Rodriguez and Defendant First Franklin Financial Corporation, through their respective attorneys of record, pursuant to Local Rule 6-1, that Defendant First Franklin Financial Corporation, shall have an extension of time,

– 1 –

STIPULATION

DCLIB-533425.1-TPJONES

through and including May 15, 2008, to file a responsive pleading to Plaintiff's Complaint in this matter.

**SO STIPULATED:**

DATED: April 14, 2008        REED SMITH LLP

By   /s/
　　Tyree P. Jones, Jr.
　　Attorneys for Defendant
　　FIRST FRANKLIN FINANCIAL
　　CORPORATION

DATED: April 14, 2008        BONNETT, FAIRBOURN, FRIEDMAN & BALINT

By   /s/
　　Andrew S. Friedman,
　　Attorneys for Plaintiff
　　FRANCISCO RODRIGUEZ

DATED: April 14, 2008        CHAVEZ & GERTLER, L.L.P.

By   /s/
　　Mark A. Chavez,
　　Attorneys for Plaintiff
　　FRANCISCO RODRIGUEZ

DATED: April 14, 2008        COUGHLIN STOIA GELLER RUDMAN & ROBBINS, L.L.P.

By   /s/
　　John J. Stoia,
　　Attorneys for Plaintiff
　　FRANCISCO RODRIGUEZ