| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
602-274-1100

FILED

2008 JUN 11  A 10: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO RODRIGUEZ,

　　　　　　　　Plaintiff(s),

v.

FIRST FRANKLIN FINANCIAL CORPORATION,

　　　　　　　　Defendant(s).

CASE NO. CV08-1515 JW HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

Pursuant to Civil L.R. 11-3, Andrew S. Friedman, , an active member in good standing of the bar of District of Arizona, , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Francisco Rodriguez in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008