SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598
Telephone:  (925) 945-0770
Facsimile:  (925) 945-8792
(aplutzik@sbtklaw.com)
(rbramson@sbtklaw.com)

-and-

Joseph H. Meltzer, Esq. (jmeltzer@sbtklaw.com)
Edward W. Ciolko, Esq. (eciolko@sbtklaw.com)
Joseph A. Weeden, Esq. (jweeden@sbtklaw.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

RODDY KLEIN & RYAN
Gary Klein (klein@roddykleinryan.com)
Shennan Kavanagh  (kavanagh@roddykleinryan.com)
Kevin Costello (costello@roddykleinryan.com)
727 Atlantic Avenue
Boston, MA   02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

Attorneys for Plaintiffs
Claudia P. Sierra and Lillian Sergenton

[*Additional counsel listed on signature page*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANCISCO RODRIQUEZ, on behalf of himself and all others similarly situated,**<br><br>     **Plaintiff,**<br>vs.<br><br>**FIRST FRANKLIN FINANCIAL CORPORATION,**<br><br>     **Defendant.** | Case No.  08-CV-1515 JW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TO:     THE COURT AND ALL PARTIES OF RECORD

PURSUANT TO Civil L.R. 3-12, Claudia P. Sierra and Lillian Sergenton, plaintiffs in the below-referenced *Sierra* action, through counsel, file this Administrative Motion to consider whether the following two cases should be related:

| Case Name | Civ. No. | Filing Date | Judge |
|---|---|---|---|
| *Sierra v. First Franklin Financial Corp.* | CV-08-2735-RS | 05/30/2008 | Seeborg |
| *Rodriguez v. First Franklin Financial Corp.* | CV-08-1515-JW | 03/19/2008 | Ware |

Civil L.R. 3-12 provides that an Administrative Motion to Consider Whether Cases Should Be Related shall be filed in the earliest-filed case, and served on all known parties, stating whether any action pending in the Northern District of California and the action are or are believed to be related.  Pursuant to Civil L.R. 3-12(a), an action is "related" to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Plaintiffs in the *Sierra* action recognize that the *Rodriguez* and *Sierra* actions involve substantially the same parties or events, in that the cases allege related factual allegations and causes of action against First Franklin Financial Corp., and will likely call for the determination of certain similar questions of law and fact.  Accordingly, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

ACCORDINGLY, Plaintiffs in the *Sierra* action hereby request that, pursuant to Civil L.R. 3-12(f), the Court find the two above-captioned actions to be related and, further, that the *Sierra* action and all related later-filed actions shall be assigned to the Honorable James Ware.

ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

Respectfully submitted,

Dated: June 13, 2008

*/s/ Alan R. Plutzik*
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Joseph A. Weeden, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Gary Klein
Shennan Kavanagh
Kevin Costello
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

Marvin A. Miller
Matthew E. VanTine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

Stuart Rossman
Charles Delbaum
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Flr.
Boston, MA 02141
Telephone:    (617) 542-8010
Facsimile:    (617) 542-8028

ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

| | |
|---|---|
| 1 | Al Hofeld, Jr. |
| 2 | LAW OFFICES OF AL HOFELD, JR., LLC AND THE SOCIAL JUSTICE PROJECT, INC. |
| | 208 S. LaSalle Street, Suite #1650 |
| 3 | Chicago, IL 60604 |
| | Phone (312) 345-1004 |
| 4 | Fax (312) 346-3242 |

Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173

Attorneys for Plaintiffs
Claudia P. Sierra and Lillian Sergenton

ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California  94598
   Telephone:  (925) 945-0770
4  Facsimile:  (925) 945-8792
   (aplutzik@sbtklaw.com)
5  (rbramson@sbtklaw.com)

6  -and-

7  Joseph H. Meltzer, Esq. (jmeltzer@sbtklaw.com)
   Edward W. Ciolko, Esq. (eciolko@sbtklaw.com)
8  Joseph A. Weeden, Esq. (jweeden@sbtklaw.com)
   280 King of Prussia Road
9  Radnor, PA 19087
   Telephone: (610) 667-7706

10 RODDY KLEIN & RYAN
11 Gary Klein (klein@roddykleinryan.com)
   Shennan Kavanagh  (kavanagh@roddykleinryan.com)
12 Kevin Costello (costello@roddykleinryan.com)
   727 Atlantic Avenue
13 Boston, MA   02111-2810
   Telephone:  (617) 357-5500 ext. 15
14 Facsimile:   (617) 357-5030

15 Attorneys for Plaintiffs
   Claudia P. Sierra and Lillian Sergenton

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO RODRIQUEZ, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FIRST FRANKLIN FINANCIAL CORPORATION,**<br><br>**Defendant.** | **Case No.  08-CV-1515 JW**<br><br><br>**[PROPOSED] ORDER RELATING CASES** |

1
2
3       Having considered the Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12, filed by Claudia P. Sierra and Lillian Sergenton on June 13, 2008,

4
5       IT IS HEREBY ORDERED:

6
7       *Sierra v. First Franklin Financial Corp.*, CV-08-2735-RS, filed May 30, 2008, is related to *Rodriguez v. First Franklin Financial Corp.,* CV-08-1515-JW, filed March 19, 2008.  Further, *Sierra* and all later-filed related actions shall be assigned to the Honorable James Ware.

8
9
10
11      Dated: _____, 2008

12
13                                              Honorable James Ware
                                                United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28