SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
(aplutzik@sbtklaw.com)
(rbramson@sbtklaw.com)

-and-

Joseph H. Meltzer, Esq. (jmeltzer@sbtklaw.com)
Edward W. Ciolko, Esq. (eciolko@sbtklaw.com)
Joseph A. Weeden, Esq. (jweeden@sbtklaw.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

RODDY KLEIN & RYAN
Gary Klein (klein@roddykleinryan.com)
Shennan Kavanagh (kavanagh@roddykleinryan.com)
Kevin Costello (costello@roddykleinryan.com)
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

Attorneys for Plaintiffs
Claudia P. Sierra and Lillian Sergenton

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **FRANCISCO RODRIQUEZ, on behalf of himself and all others similarly situated,**<br><br>　　　**Plaintiff,**<br>**vs.**<br><br>**FIRST FRANKLIN FINANCIAL CORPORATION,**<br><br>　　　**Defendant.** | **Case No. 08-CV-1515 JW**<br><br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
55714

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On June 13, 2008, I served the within documents:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER RELATING CASES**

☒    by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐    by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

☐    By causing personal delivery of a copy of the document(s) listed above to the person(s) addressed as set forth below.

☐    by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☒    by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Joseph Meltzer, Esq. (jmeltzer@sbtklaw.com) Edward W. Ciolko, Esq. (eciolko@sbtklaw.com) Joseph A. Weeden, Esq. (jweeden@sbtklaw.com) Schiffrin Barroway Topaz & Kessler 280 King of Prussia Road Radnor, PA 19087 (610) 667-7706 | Gary Klein, Esq. (klein@orddykleinryan.com) Shennan Kavanagh, Esq. (kavanagh@roddykleinryan.com) Roddy Klein & Ryan 727 Atlantic Avenue Boston, MA 02111-2810 617-357-5500 |
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| Marvin A. Miller, Esq. Matthew E. VanTine, Esq. Loari A. Fanning, Esq. Miller Law LLC 115 South LaSalle Street, #2910 Chicago, IL 60603 312-332-3400 | Stuart Rossman, Esq. Charles Delbaum, Esq. National Consumer Law Center 77 Summer Street, 10th Floor Boston, MA 02141 617-542-8010 |

| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
|---|---|
| Al Holfeld, Jr., Esq.<br>Law Offices of Al Holfeld, Jr., LLC<br> And the Social Justice Project, Inc.<br>208 S. LaSalle Street, #1650<br>Chicago, IL 60604<br>312-345-1004 | Samuel H. Rudman, Esq.<br>Robert M. Rothman, Esq,.<br>Mark S. Reich, Esq.<br>Coughlin Stoia Geller Rudman & Robbins, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>631-367-7100 |

    I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on June 13, 2008, at Walnut Creek, California.

Peggy Toovey