1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California  94598
   Telephone:  (925) 945-0770
4  Facsimile:  (925) 945-8792
   (aplutzik@sbtklaw.com)
5  (rbramson@sbtklaw.com)

6  -and-

7  Joseph H. Meltzer, Esq. (jmeltzer@sbtklaw.com)
   Edward W. Ciolko, Esq. (eciolko@sbtklaw.com)
8  Joseph A. Weeden, Esq. (jweeden@sbtklaw.com)
   280 King of Prussia Road
9  Radnor, PA 19087
   Telephone: (610) 667-7706

10 RODDY KLEIN & RYAN
11 Gary Klein (klein@roddykleinryan.com)
   Shennan Kavanagh  (kavanagh@roddykleinryan.com)
12 Kevin Costello (costello@roddykleinryan.com)
   727 Atlantic Avenue
13 Boston, MA   02111-2810
   Telephone:  (617) 357-5500 ext. 15
14 Facsimile:   (617) 357-5030

15 Attorneys for Plaintiffs
   Claudia P. Sierra and Lillian Sergenton

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANCISCO RODRIQUEZ, on behalf of himself and all others similarly situated,**<br><br>    **Plaintiff,**<br>vs.<br><br>**FIRST FRANKLIN FINANCIAL CORPORATION,**<br><br>    **Defendant.** | **Case No.  08-CV-1515 JW**<br>        08-02735 RS<br><br><br>**[PROPOSED] ORDER RELATING CASES** |

Having considered the Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12, filed by Claudia P. Sierra and Lillian Sergenton on June 13, 2008,

IT IS HEREBY ORDERED:

*Sierra v. First Franklin Financial Corp.*, CV-08-2735-RS, filed May 30, 2008, is related to *Rodriguez v. First Franklin Financial Corp.,* CV-08-1515-JW, filed March 19, 2008. Further, *Sierra* and all later-filed related actions shall be assigned to the Honorable James Ware. The Court continues the Case Management Conference in C-08-02735 RS to December 15, 2008 at 10:00 AM. The parties are to file a joint case managmenet statement by December 5, 2008.

Dated: June 20, 2008

Honorable James Ware
United States District Judge