IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ,<br><br>    Plaintiff(s),<br>  v.<br><br>FIRST FRANKLIN FINANCIAL,<br><br>    Defendant(s). | NO. C 08-01515 JW<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

On June 11, 2008, Andrew S. Friedman, as attorney for plaintiff, filed an application for admission pro hac vice pursuant to Civil Local Rule 11-3. The application is deficient because it fails to designate as co-counsel an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California. *See* Civ. L.R. 11-3(a)(3).

Accordingly, the application is denied without prejudice to submitting a renewed application which corrects the identified deficiency.

Dated: June 20, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

**Andrew S. Friedman**
**Bonnett Fairbourn Friedman & Balint, PC**
**2901 North Central Avenue, Suite 1000**
**Phoenix, AZ 95012**

**Dated: June 20, 2008**                                   **Richard W. Wieking, Clerk**

                                                        **By:** *Elizabeth C. Garcia*
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**