Tyree P. Jones, Jr. (SBN 127631)
tpjones@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Mark S. Melodia  Appearing Pro Hac Vice
mmelodia@reedsmith.com
Paul J. Bond
pbond@reedsmith.com
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Telephone:    (609) 520-6015
Facsimile:    (609) 951-0824

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FRANKLIN FINANCIAL CORP.,<br><br>Defendant. | Case No.: C 08-01515 JW<br><br>**DECLARATION OF TYREE P. JONES IN SUPPORT OF DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S OPPOSITION TO MOTION TO RELATE CASES**<br><br>Complaint filed:    March 19, 2008<br><br>*Honorable James Ware* |

# DECLARATION OF TYREE P. JONES

I, Tyree P. Jones, hereby declare and state as follows:

1. I am a partner in the law firm of Reed Smith LLP, counsel for defendant First Franklin Financial Corporation ("First Franklin") in this action. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. On Friday, June 13, 2008, at 8:38 p.m. (Eastern time), my associate David Reidy sent me a voicemail message that he had received from plaintiff's counsel Alan Plutzik of Schiffrin Barroway Topaz & Kessler LLP. I retrieved the voicemail after normal business hours over the weekend. The voicemail message is transcribed verbatim as follows:

> *This is Alan Plutzik, from Schiffrin Barroway law firm, and I am calling you about the matter of Sierra vs. First Franklin and that is case number, C08-02735 RS, in the US District Court for the Northern District of California, San Jose division. We are filing an administrative motion to relate this case to the earlier filed case of Rodriguez v. First Franklin and we have not served our case yet, but we noticed that you appeared as counsel for defendant in Rodriguez case. I am calling you, first as a courtesy to make you aware of our filing and second to ask you if you would be willing to accept the service in our case. Would you please give me a call at 925 645 0200.*

3. I interpreted Mr. Plutzik's voicemail as an inquiry both as to whether Reed Smith would accept service of the Sierra Complaint and also regarding the motion to relate cases. Because First Franklin had not been served in the Sierra matter, I believed that Mr. Plutzik's message meant that I was to confirm that Reed Smith would be representing First Franklin in the Sierra matter, if so, whether the client would authorize Reed Smith to accept service of the summons and complaint and then to address the motion to relate the cases.

4. On Monday, June 16, First Franklin authorized Reed Smith to accept service of the Sierra Complaint. I telephoned Mr. Plutzik that same afternoon and left him a voicemail message asking him to return my call. On Tuesday, June 17, Mr. Plutzik telephoned me and I informed him that Reed Smith would accept service. He agreed to send me a service packet containing the Sierra Complaint and a notice of acknowledgment and receipt and presumably the motion to relate the cases. As of this writing, however, I have not received the Sierra materials and, to my knowledge, First Franklin has not yet been served with the Complaint in that action.

5. On Sunday evening about 6:00 pm (Eastern time), June 22, I learned from Mr. Reidy that this Court had issued an order relating this Action to the Sierra matter. I was not aware at that time that the motion had been filed. A review of the Court's docket disclosed that the email address listed for me in connection with this matter was incorrect. Rather than listing my current email address (tpjones@reedsmith.com), the docket lists an email address from my prior firm, which I have not used in more than five (5) years. As a result of this clerical error, I never received an efiling notification of the motion to relate cases.

6. On Monday, June 23, 2008, I telephoned Mr. Plutzik to ask if Plaintiffs would stipulate to allowing First Franklin to file an opposition to the motion to relate cases. My objective was to explain that the stipulation was justified not only because Plaintiffs failed to file a stipulation or declaration with the motion, as required by Local Rules 3-12 and 7-11(a), but also on the basis that I had never received notification of the motion and First Franklin has not yet been served with the Sierra Complaint. As of the execution of this document, I have not received a response from Mr. Plutzik.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 23, 2008, at Washington, D.C.

      /s/_____
TYREE P. JONES