Tyree P. Jones, Jr. (SBN 127631)
tpjones@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Mark S. Melodia *Appearing Pro Hac Vice*
mmelodia@reedsmith.com
Paul J. Bond
pbond@reedsmith.com
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Telephone:   (609) 520-6015
Facsimile:    (609) 951-0824

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FRANKLIN FINANCIAL CORP.,<br><br>Defendant. | Case No.: C 08-01515 JW<br><br>**DECLARATION OF DAVID S. REIDY IN SUPPORT OF DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S OPPOSITION TO MOTION TO RELATE CASES**<br><br>Complaint filed:   March 19, 2008<br><br>*Honorable James Ware* |

## DECLARATION OF DAVID S. REIDY

I, David S. Reidy, hereby declare and state as follows:

1. I am an associate of the law firm of Reed Smith LLP, counsel for defendant First Franklin Financial Corporation ("First Franklin") in this action. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. On Friday, June 13, 2008, at 4:30 p.m., plaintiff's counsel Alan Plutzik of Schiffrin Barroway Topaz & Kessler LLP, left a voicemail message for me inquiring whether Reed Smith would accept service of the Complaint in a new action, *Sierra v. First Franklin*.

3. I did not respond to Mr. Plutzik's voicemail, but instead sent it to Tyree Jones, lead counsel for First Franklin in this matter.

4. At 5:34 p.m. on Friday, June 13, I received an email notification that the Motion had been filed in this Action. I neglected to follow my normal practice of sending the notification to Reed Smith's docketing department, which is my standard practice for placing motions, opposition dates, and other deadlines on my calendar. As a result, I neglected to calendar the opposition date, which was just three days later. Since no other Reed Smith attorney received notice of the Motion, the response date was missed due to my error.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 23, 2008, at San Francisco, California.

　　　　　　　　/s/
　　　　　　DAVID S. REIDY