Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
602-274-1100

FILED JUN 2 7 2008

2008 JUN 30 A 10: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO RODRIGUEZ,

    Plaintiff(s),

v.

FIRST FRANKLIN FINANCIAL CORPORATION,

    Defendant(s).

CASE NO. CV08-1515 JW HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Andrew S. Friedman, an active member in good standing of the bar of District of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Francisco Rodriguez in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Mark Chavez    415-381-5599
Chavez & Gertler
42 Miller Avenue
Mill Valley, CA 94941

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2008

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003359
Cashier ID: harwellt
Transaction Date: 06/11/2008
Payer Name: Bonnett Fairbourn Friedman
------------------------------------------
PRO HAC VICE
 For: Andrew S. Friedman
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------------
CHECK
 Check/Money Order Num: 14961
 Amt Tendered: $210.00
------------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 08-1515-JW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

```
                    RECEIVED
                2008 JUN 30  AM 10: 50
                RICHARD W. WIEKING
                     CLERK
                U.S. DSTRICT COURT
                NO. DIST. OF CA. S.J.
```

# UNITED STATES DISTRICT COURT
## Northern District of California

FRANCISCO RODRIGUEZ,

            Plaintiff(s),

    v.

FIRST FRANKLIN FINANCIAL CORPORATION,

            Defendant(s).
_____/

CASE NO. CV08-1515 JW HRL

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Andrew S. Friedman, an active member in good standing of the bar of United States District Court, District of Arizona, whose business address and telephone number (particular court to which applicant is admitted) is

Bonnett, Fairbourn, Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff FRANCISCO RODRIGUEZ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                                      _____
                                                      United States Presiding Judge