RECEIVED
2008 JUN 30 AM 10: 50
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF

# UNITED STATES DISTRICT COURT
Northern District of California

FRANCISCO RODRIGUEZ,

Plaintiff(s),

v.

FIRST FRANKLIN FINANCIAL CORPORATION,

Defendant(s).

CASE NO. CV08-1515 JW HRL

XXXXXXXXXX
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Andrew S. Friedman, an active member in good standing of the bar of United States District Court, District of Arizona, whose business address and telephone number (particular court to which applicant is admitted) is

Bonnett, Fairbourn, Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff FRANCISCO RODRIGUEZ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __ July 7, 2008 __

_____
United States Presiding Judge