| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | Andrew S. Friedman (to seek *pro hac vice*) |
| 3 | Wendy J. Harrison (CA 151090) |
|   | 2901 North Central Avenue, Suite 1000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 274-1100 |
| 5 | afriedman@bffb.com |
|   | wharrison@bffb.com |
| 6 | |
| 7 | CHAVEZ & GERTLER, L.L.P. |
|   | Mark A. Chavez (CA SBN 90858) |
| 8 | Nance F. Becker (CA SBN 99292) |
|   | Lisa Fialco (CA SBN 216682) |
| 9 | 42 Miller Avenue |
|   | Mill Valley, California 94941 |
| 10 | Telephone: (415) 381-5599 |
| 11 | mark@chavezgertler.com |
|    | nance@chavezgertler.com |
| 12 | lisa@chavezgertler.com |
| 13 | COUGHLIN STOIA GELLER |
|    |  RUDMAN & ROBBINS LLP |
| 14 | John J. Stoia, Jr. (CA SBN 141757) |
| 15 | Theodore J. Pintar (CA SBN 131372) |
|    | 655 West Broadway, Suite 1900 |
| 16 | San Diego, California 92101 |
|    | Telephone: (619) 231-1058 |
| 17 | JohnS@csgrr.com |
|    | TedP@csgrr.com |
| 18 | |
| 19 | |
|    | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | FRANCISCO RODRIGUEZ, | ) Case No.  CV08-1515 JW HRL |
| 23 |                   Plaintiff, | ) <u>CLASS ACTION</u> |
| 24 | v. | ) **NOTICE OF APPEARANCE** |
| 25 |  | ) |
| 26 | FIRST FRANKLIN FINANCIAL CORPORATION, | ) |
| 27 |                   Defendant. | ) |
| 28 |  | ) |

NOTICE OF APPEARANCE

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that Lisa Fialco hereby enters her appearance on behalf of plaintiff Francisco Rodriguez and all other similarly situated in Rodriguez v. First Franklin Financial Corporation, No. CV08-1515 JW HRL, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated above.

8  DATED: July 23, 2008                             Respectfully Submitted,

CHAVEZ & GERTLER LLP

COUGHLIN SOTIA GELLAR RUDMAN & ROBBINS LLP

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: _____
        Lisa Fialco

Attorneys for Plaintiff FRANCISCO RODRIGUEZ

1

NOTICE OF APPEARANCE