Joseph A. Weeden
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED AUG 2 2 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Francisco Rodriguez

        Plaintiff(s),

v.

First Franklin Financial Corporation

        Defendant(s).

CASE NO. 5:08-cv-01515-JW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Joseph A. Weeden, an active member in good standing of the bar of State of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Francisco Rodriguez in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Alan R. Plutzik, (925) 945-0200
2125 Oak Grove Road, Suite 120, Walnut Creek, CA 94598

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008