Clerk's Use Only

Initial for fee pd.:

_____

Joseph H. Meltzer
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 2 2008

Francisco Rodriguez

|     | CASE NO. 5:08-cv-01515-JW |
|-----|---------------------------|

Plaintiff(s),

v.

First Franklin Financial Corporation

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

_____Defendant(s)._____/

Pursuant to Civil L.R. 11-3, Joseph H. Meltzer                    , an active member in

good standing of the bar of  Commonwealth of Pennsylvania                    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiff Francisco Rodriguez          in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

 Alan R. Plutzik, (925) 945-0200
 2125 Oak Grove Road, Suite 120, Walnut Creek, CA 94598

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008                    _____