RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Francisco Rodriguez

CASE NO. 5:08-cv-01515-JW

Plaintiff(s),

v.

First Franklin Financial Corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Joseph H. Meltzer ☒, an active member in good standing of the bar of Commonwealth of Pennsylvania ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Schiffrin Barroway Topaz & Kessler, LLP  (610) 667-7706
280 King of Prussia Road
Radnor, PA 19087

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge
Hon. James Ware