RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

4

5   Francisco Rodriguez

6                                                    CASE NO.  5:08-cv-01515-JW

7                                                    (Proposed)
                         Plaintiff(s),               ORDER GRANTING APPLICATION
8        v.                                          FOR ADMISSION OF ATTORNEY
                                                     *PRO HAC VICE*
9    First Franklin Financial Corporation

10

11
                         Defendant(s).
12   _____/

13   Edward W. Ciolko                    ■ , an active member in good standing of the bar of

14   State of New Jersey                      ■ whose business address and telephone number

15   (particular court to which applicant is admitted)

16   is

17   Schiffrin Barroway Topaz & Kessler, LLP  (610) 667-7706
     280 King of Prussia Road
18   Radnor, PA 19087                                                                      ,

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing                                     .

21        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designated in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26

27   Dated:                                      _____

28                                               United States District     Judge
                                                 Hon. James Ware