Tyree P. Jones, Jr. (SBN 127631)
tpjones@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Mark S. Melodia *Appearing Pro Hac Vice*

mmelodia@reedsmith.com
Paul J. Bond
pbond@reedsmith.com
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Telephone:     (609) 520-6015
Facsimile:      (609) 951-0824

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL
CORPORATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST FRANKLIN FINANCIAL CORP., <br><br> Defendant. | Case No.: C 08-01515 JW <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** <br><br> *Hon. James Ware* |

The parties hereby stipulate to extend the deadline for defendant First Franklin Financial

Corporation ("Defendant") to respond to discovery, as follows:

**STIPULATION**

WHEREAS, on August 6, 2008, Plaintiff, by and through his counsel of record, served his First Set of Requests for Production of Documents ("RFPs") on Defendant; and

WHEREAS, Defendant's responses to the RFPs are due to be served by September 5, 2008; and

WHEREAS, the parties hereto agree to extend the deadline for Defendant to respond to the RFPs by two weeks:

IT IS THEREFORE STIPULATED between Plaintiff and Defendant, by and through their undersigned attorneys of record, that Defendant's responses to the RFPs shall be deemed timely if served on or before September 19, 2008.

**SO STIPULATED:**

DATED:  September 4, 2008          REED SMITH LLP


By____/s/_____
David S. Reidy
Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORP.

DATED:  September 4, 2008          BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.


By____/s/_____
Andrew S. Friedman
Attorneys for Plaintiff
FRANCISCO RODRIGUEZ

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12511852.1-DSREIDY