IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Francisco Rodriguez, et al., | NO. C 08-01515 JW |
| | NO. C 08-02735 JW |
| Plaintiffs, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST FOR RECONSIDERATION OF ORDER RELATING CASES** |
| First Franklin Financial Corp., | |
| Defendant. | |

Presently before the Court is Defendant's Request for Reconsideration of the Court's Order relating this case with <u>Sierra v. First Franklin Financial Corporation</u>, No. C 08-2735 JW.[1] Upon review, the Court finds that the rationale provided by Defendant is insufficient ground for reconsideration.

Accordingly, Defendant's request is DENIED and the cases are deemed related.

Dated: September 5, 2008

JAMES WARE
United States District Judge

---

[1] (Request for Reconsideration of Order Relating Cases and for Reconsideration of Order Relating Cases and for Consideration of Opposition of Defendant First Franklin Financial Corporation to Motion to Relate Cases, Docket Item No. 14.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Roth Plutzik aplutzik@bramsonplutzik.com
Andrew S. Friedman afriedman@bffb.com
David S. Reidy dreidy@reedsmith.com
Edward W. Ciolko eciolko@sbtklaw.com
John J. Stoia jstoia@csgrr.com
Joseph A Weeden jweeden@sbtklaw.com
Joseph H. Meltzer jmeltzer@sbtklaw.com
Lisa Diane Fialco lisa@chavezgertler.com
Mark Andrew Chavez mark@chavezgertler.com
Nance Felice Becker nance@chavezgertler.com
Theodore J. Pintar TedP@csgrr.com
Tyree P. Jones tpjones@reedsmith.com
Wendy Jacobsen Harrison wharrison@bffb.com

**Dated: September 5, 2008**                    **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**