RECEIVED
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Francisco Rodriguez

          Plaintiff(s),

v.

First Franklin Financial Corporation

          Defendant(s).

CASE NO. 5:08-cv-01515-JW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Joseph H. Meltzer , an active member in good standing of the bar of Commonwealth of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Schiffrin Barroway Topaz & Kessler, LLP  (610) 667-7706
280 King of Prussia Road
Radnor, PA 19087

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  September 5, 2008

/s/ James Ware
United States District Judge
Hon. James Ware