RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Francisco Rodriguez

CASE NO. **5:08-cv-01515-JW**

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Plaintiff(s),

v.

First Franklin Financial Corporation

Defendant(s).

_____/

Edward W. Ciolko                  ☒ , an active member in good standing of the bar of

State of New Jersey               ☒ whose business address and telephone number

(particular court to which applicant is admitted)

is

Schiffrin Barroway Topaz & Kessler, LLP  (610) 667-7706
280 King of Prussia Road
Radnor, PA 19087

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:    September 5, 2008

United States District    Judge

Hon. James Ware

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**