BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
wharrison@bffb.com

*Interim Lead Counsel*

 *[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | No. C08-01515JW (HRL)<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE: SEALING ORDER (Civil L.R. 79-5)<br><br>**Assigned to: Honorable James Ware** |

The Court has reviewed and considered Plaintiffs' Administrative Motion Re: Sealing Order (Civil L.R. 79-5) and the Declaration of Andrew S. Friedman filed in support thereof. Good cause appearing, the Court hereby ORDERS as follows: Plaintiffs' request for permission to file the Supplemental Declaration of Andrew S. Friedman in Support of Plaintiffs' Motion for Leave to File an Amended and Consolidated Class Action Complaint and exhibits thereto under seal is granted.

DATED: May 6, 2009

_____
Hon. James Ware
US District Court Judge

Proposed Order re: Administrative Motion Re: Sealing Order (Civil L.R. 79-5)