**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

7/23/2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | No. C08-01515 JW (HRL)<br><br>[~~PROPOSED~~] **ORDER RE EXTENSION OF TIME FOR PLAINTIFFS' TO SUBMIT OBJECTIONS TO MAGISTRATE JUDGE'S JULY 15, 2009 ORDER**<br><br>**Assigned to: Honorable James Ware** |

## ORDER

Based on the Stipulation of the parties to this action, and good cause appearing thereon, this Court hereby extends the deadline for Plaintiffs Francisco Rodriguez, Claudia P. Sierra and Emma Allen to submit Objections to Magistrate Judge's July 15, 2009 Order by one-week. Plaintiffs shall submit Objections to Magistrate Judge's July 15, 2009 Order on or before August 5, 2009. Defendant shall file opposition to Plaintiffs Objections, if any, by August 10, 2009. Plaintiff shall file a reply, if any, by August 13, 2009. The Court will take the matter under submission on August 13, 2009. The Court shall set a further hearing, if needed, after review of the parties papers.

DATED: ___July 23, 2009____

_____
Hon. James Ware
United States District Court Judge

**ORDER RE EXTENSION OF TIME FOR OBJECTIONS      C08-01515 JW (HRL)**
**TO MAGISTRATE'S ORDER**