

1  Tyree P. Jones, Jr. (SBN 127631)
   David S. Reidy (SBN 225904)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:     (415) 543-8700
   Facsimile:     (415) 391-8269
7
   Mark S. Melodia  *Appearing Pro Hac Vice*
8  Paul J. Bond
   REED SMITH LLP
9  Princeton Forrestal Village
   136 Main Street
10 Suite 250
   Princeton, NJ 08540
11 Telephone:     (609) 520-6015
   Facsimile:     (609) 951-0824
12
   Attorneys for Defendant
13 FIRST FRANKLIN FINANCIAL
   CORPORATION
14

15                IN THE UNITED STATES DISTRICT COURT
16
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18 | In re First Franklin Financial Corp. Litigation | Case No.   C08-1515 JW (HRL) |
   |---|---|
   |  | **STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING ON FIRST FRANKLIN'S OPPOSITION AND PLAINTIFFS' REPLY RE OBJECTIONS TO MAGISTRATE'S DISCOVERY ORDER DATED JULY 15, 2009** |
   |  | *The Honorable James Ware* |

(left margin: REED SMITH LLP — A limited liability partnership formed in the State of Delaware)

## STIPULATION

WHEREAS, pursuant to this Court's July 23, 2009 Order (Doc. 103), Defendant First Franklin Financial Corporation's ("First Franklin") opposition to Plaintiffs' Objections to Magistrate's Discovery Order Dated July 15, 2009 is due on August 10, 2009, just three business days after Plaintiffs' Objections were filed, and Plaintiffs' reply memorandum is due on August 13, 2009; and

WHEREAS, First Franklin's reply in support of its motion to join brokers as necessary parties is due on August 11, 2009; and

WHEREAS, the parties hereto agree to continue the due dates:

IT IS THEREFORE STIPULATED between Plaintiffs and First Franklin, by and through their undersigned attorneys of record, that First Franklin's opposition to Plaintiffs' Objections shall be due no later than Friday, August 14, 2009; and Plaintiffs' reply in support of their Objections shall be due no later than Thursday, August 20, 2009.

**SO STIPULATED:**

DATED: August 06, 2009        REED SMITH LLP


By    /s/  David S. Reidy
    David S. Reidy
    Attorneys for Defendant
    FIRST FRANKLIN FINANCIAL CORP.


DATED: August 06, 2009        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.


By    /s/  Andrew S. Friedman
    Andrew S. Friedman
    Lead Counsel for Plaintiffs

# CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED:  August 06, 2009        REED SMITH LLP


By    /s/  David S. Reidy
    David S. Reidy
    Attorneys for Defendant
    FIRST FRANKLIN FINANCIAL CORP.


# ORDER

Based on the stipulation of the parties, and for good cause shown, it is so ordered.

Dated: August 11, 2009

_____
Hon. James Ware
United States District Court Judge