IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re First Franklin Financial Corp. Litigation

NO. C 08-01515 JW

**ORDER OVERRULING PLAINTIFFS' OBJECTION TO MAGISTRATE'S DISCOVERY ORDER DATED JULY 15, 2009**

Presently before the Court is Plaintiffs' Objections to Magistrate's Discovery Order Dated July 15, 2009. (Docket Item No. 106.) Defendant First Franklin filed a timely opposition.[1] Plaintiffs filed a timely reply.[2]

A district court may modify a magistrate judge's ruling on a non-dispositive matter, such as an order permitting certain discovery, if the order is "clearly erroneous" or "contrary to law."  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Bahn v. NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991).  Pursuant to Civil Local Rule 72-2, the court may not grant a motion objecting to a magistrate judge's order without first giving the opposing party an opportunity to brief the matter. See Civ. L.R. 72-2.

In this case, Plaintiffs object to Judge Lloyd's order allowing Defendant First Franklin to depose Plaintiffs regarding "any and all conversations and exchanges of information between named

---

[1] Defendant First Franklin Financial Corporation's Opposition to Plaintiffs' Objections. (See Docket Item No. 108.)

[2] Reply in Support of Plaintiffs' Objection to Magistrate's Discovery Order Dated July 15, 2009. (See Docket Item No. 113.)

plaintiff and his or her loan broker" and regarding "income, debts, other assets, and efforts to 'resolve' financial problems." (See Docket Item No. 101.) Judge Lloyd found that information regarding Plaintiffs' financial condition, specifically with regard to the accuracy and completeness of information in loan applications or otherwise furnished to the loan broker, could be relevant to Plaintiffs' credibility, each Plaintiff's suitability to be a class representative, and whether there is sufficient commonality and typicality among the putative class members to support class certification. (Id.) Judge Lloyd also found, in light of the liberal discovery permitted under Federal Rule of Civil Procedure 26(b)(1), that conversations between a named plaintiff and his or her loan broker could be relevant to the merits. (Id.)

Upon reviewing the parties' briefs and Judge Lloyd's Order, the Court does not find clear error in Judge Lloyd's determination that such topics are reasonably calculated to lead to the discovery of admissible evidence. Such information and conversations may contain facts about how each borrower was financially situated as well as any misstatements and omissions to loan brokers, which could be relevant to class certification and the merits of the case. Accordingly, the Court OVERRULES Plaintiffs' Objections to Magistrate's Discovery Order Dated July 15, 2009.

Dated: August 21, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Roth Plutzik aplutzik@bramsonplutzik.com
Andrew S. Friedman afriedman@bffb.com
Charles Delbaum cdelbaum@nclc.org
Coty Rae Miller cmiller@csgrr.com
David S. Reidy dreidy@reedsmith.com
Donna Siegel Moffa dmoffa@btkmc.com
Edward W. Ciolko eciolko@btkmc.com
Gary Edward Klein Klein@roddykleinryan.com
John J. Stoia jstoia@csgrr.com
Joseph A Weeden jweeden@sbtklaw.com
Joseph H. Meltzer jmeltzer@btkmc.com
Lisa Diane Fialco lisa@chavezgertler.com
Mark Andrew Chavez mark@chavezgertler.com
Nance Felice Becker nance@chavezgertler.com
Peter Anthony Muhic pmuhic@btkmc.com
Theodore J. Pintar TedP@csgrr.com
Tyree P. Jones tpjones@reedsmith.com
Wendy Jacobsen Harrison wharrison@bffb.com

**Dated:  August 21, 2009**                               **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California