IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

No. C 08-01515 JW

In re First Franklin Financial Corp. Litigation

**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING SCHEDULE FOR CLASS CERTIFICATION MOTION**

_____/

This case is scheduled for a Case Management Conference on September 14, 2009. Upon review of the parties' Interim Case Management Conference Statement (Docket Item No. 118), the Court finds that it can set a schedule for hearing on Plaintiffs' anticipated Motion for Class Certification without the necessity of an appearance at this time.[1] Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule:

(1) On or before **January 25, 2010**, Plaintiffs shall file their Motion for Class Certification;

(2) On or before **February 26, 2010**, Defendants shall file their Opposition, if any;

(3) On or before **March 19, 2010**, Plaintiffs shall file their Reply, if any;

---

[1] The Court therefore denies as moot the parties' Joint Administrative Motion to Appear Telephonically at the Interim Case Management Conference. (Docket Item No. 119.)

(4)  On **April 5, 2010 at 9 a.m.**, the Court will conduct a hearing on Plaintiffs' Motion for Class Certification.

Dated:  September 10, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Roth Plutzik aplutzik@bramsonplutzik.com
Andrew S. Friedman afriedman@bffb.com
Charles Delbaum cdelbaum@nclc.org
Coty Rae Miller cmiller@csgrr.com
David S. Reidy dreidy@reedsmith.com
Donna Siegel Moffa dmoffa@btkmc.com
Edward W. Ciolko eciolko@btkmc.com
Gary Edward Klein Klein@roddykleinryan.com
John J. Stoia jstoia@csgrr.com
Joseph A Weeden jweeden@sbtklaw.com
Joseph H. Meltzer jmeltzer@btkmc.com
Lisa Diane Fialco lisa@chavezgertler.com
Mark Andrew Chavez mark@chavezgertler.com
Nance Felice Becker nance@chavezgertler.com
Peter Anthony Muhic pmuhic@btkmc.com
Theodore J. Pintar TedP@csgrr.com
Tyree P. Jones tpjones@reedsmith.com
Wendy Jacobsen Harrison wharrison@bffb.com

**Dated: September 10, 2009**                               **Richard W. Wieking, Clerk**

                                                            **By:  /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

3