IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 08-01515 JW

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | **ORDER SETTING BRIEFING SCHEDULE RE OBJECTIONS TO MAGISTRATE'S ORDER** |

/

Presently before the Court is Defendant First Franklin Financial Corporation's Objections to Magistrate's Order Denying Motion to Join Brokers as Necessary Parties. (hereafter, "Objections," Docket Item No. 121.)

Upon consideration of the Objections, the Court finds that it would benefit from a response from the Plaintiffs. Accordingly, the Court sets the following briefing schedule:

(1)   On or before **September 18, 2009**, Plaintiffs shall file their Opposition;

(2)   On or before **September 23, 2009**, Defendant shall file its Reply, if any.

The Court will take the matter under submission upon completion of the briefing.

Dated: September 11, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Roth Plutzik aplutzik@bramsonplutzik.com
Andrew S. Friedman afriedman@bffb.com
Charles Delbaum cdelbaum@nclc.org
Coty Rae Miller cmiller@csgrr.com
David S. Reidy dreidy@reedsmith.com
Donna Siegel Moffa dmoffa@btkmc.com
Edward W. Ciolko eciolko@btkmc.com
Gary Edward Klein Klein@roddykleinryan.com
John J. Stoia jstoia@csgrr.com
Joseph A Weeden jweeden@sbtklaw.com
Joseph H. Meltzer jmeltzer@btkmc.com
Lisa Diane Fialco lisa@chavezgertler.com
Mark Andrew Chavez mark@chavezgertler.com
Nance Felice Becker nance@chavezgertler.com
Peter Anthony Muhic pmuhic@btkmc.com
Theodore J. Pintar TedP@csgrr.com
Tyree P. Jones tpjones@reedsmith.com
Wendy Jacobsen Harrison wharrison@bffb.com

**Dated: September 11, 2009**             **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers                **
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**