

12/8/2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re First Franklin Financial Corp. Litigation

No. C08-01515JW (HRL)

**[PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Pursuant to Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED modifying the pretrial scheduling order as follows:

| | |
|---|---|
| Initial Expert Witness Disclosure re class issues | 1/19/2010 |
| Rebuttal Expert Disclosures re class issues | 2/1/2010 |
| Deadline to File Motion for Class Certification | 2/25/2010 |
| Close of Class Discovery | 3/22/2010 |
| Opposition to Class Certification Motion | 3/26/2010 |
| Reply re Class Certification Motion | 4/19/2010 |
| Pretrial Conference Statements | **4/23/2010** |
| Hearing on Class Certification | 5/3/2010 **at 9:00 AM** |
| **Further Case Management Conference** | **5/3/2010 at 10:00 AM** |

DATED: December 8, 2009

_____
Hon. James Ware
United States District Court Judge