Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Mark S. Melodia *Appearing Pro Hac Vice*
REED SMITH LLP
Princeton Forrestal Village
136 Main Street
Suite 250
Princeton, NJ 08540
Telephone:    (609) 520-6015
Facsimile:    (609) 951-0824

Attorneys for Defendants
DEFENDANTS MERRILL LYNCH & CO., INC.; MERRILL LYNCH BANK & TRUST CO., FSB; MERRILL LYNCH MORTGAGE SERVICES CORPORATION; FIRST FRANKLIN MORTGAGE CORPORATION; FIRST FRANKLIN FINANCIAL CORPORATION AND HOME LOAN SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | Case No.   C08-1515 JW (HRL)<br><br>[~~PROPOSED~~] ORDER MODIFYING MERITS PRETRIAL SCHEDULE<br><br>*The Honorable James Ware* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having reviewed the Stipulation to Modify Pretrial Schedule, and good cause appearing thereon, hereby orders that the deadlines for merits phase expert discovery be set as follows:

| | |
|---|---|
| Expert Disclosures & Reports (Merits) | May 19, 2010 |
| Rebuttal Expert Disclosures & Reports (Merits) | June 9, 2010 |

**SO ORDERED:**

DATED:   April 14, 2010

_____
Hon. JAMES WARE
United States District Court Judge