IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | NO. C 08-01515 JW<br><br>**ORDER VACATING ALL PRETRIAL AND TRIAL DEADLINES; SETTING HEARING ON PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Presently before the Court is Lead Plaintiffs' Motion for Class Certification. (hereafter, "Motion," Docket Item No. 154.) On April 28, 2010, the parties filed a Stipulation Re Settlement and Suspension of Hearing Dates and Pretrial Deadlines, in which they represent that they have reached a settlement "contingent on the parties reaching a final agreement concerning attorneys' fees and costs to class counsel, and upon the execution of a final written settlement agreement." (See Docket Item No. 206.)  The parties request that the Court continue the scheduled hearing on Plaintiffs' Motion and all pretrial deadlines for 30 days so that the parties may finalize the terms of their settlement.  In light of the parties' representation, the Court VACATES all trial and pretrial dates and DENIES all pending Motions as moot.

On **June 7, 2010 at 9 a.m.**, the Court will conduct a hearing on the parties' anticipated Motion for Preliminary Approval of Class the Settlement.  On or before **May 24, 2010**, the parties shall file their motion and all supporting papers for the Court's approval.  To the extent the parties require additional time to finalize their settlement agreement, on May 24, in lieu of the Joint Motion

1  for Preliminary Approval, the parties shall file a Joint Status Report and specify the additional time
2  necessary.

3

4  Dated:  April 29, 2010

    JAMES WARE
5   United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Andrew S. Friedman afriedman@bffb.com
Charles Delbaum cdelbaum@nclc.org
Coty Rae Miller cmiller@rgrdlaw.com
David S. Reidy dreidy@reedsmith.com
Donna Siegel Moffa dmoffa@btkmc.com
Edward W. Ciolko eciolko@btkmc.com
Gary Edward Klein Klein@roddykleinryan.com
John J. Stoia jstoia@rgrdlaw.com
Joseph A Weeden jweeden@sbtklaw.com
Joseph H. Meltzer jmeltzer@btkmc.com
Lisa Diane Fialco lisa@chavezgertler.com
Mark Andrew Chavez mark@chavezgertler.com
Nance Felice Becker nance@chavezgertler.com
Peter Anthony Muhic pmuhic@btkmc.com
Robert M. Bramson rbramson@bramsonplutzik.com
Tiffany Renee Thomas tthomas@reedsmith.com
Tyree P. Jones tpjones@reedsmith.com
Wendy Jacobsen Harrison wharrison@bffb.com

**Dated:  April 29, 2010**                                **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
          Elizabeth Garcia
          Courtroom Deputy**