

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | No. C 08-01515 JW (HRL) <br><br> **ORDER VACATING HEARING ON PRELIMINARY APPROVAL OF CLASS SETTLEMENT; SETTING DEADLINE FOR FURTHER STATUS REPORT** |

The court is in receipt of the parties Joint Status Report and Request for Additional Time to Attempt to Mediate Final Settlement Terms. After reviewing same, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline of May 24, 2010 for the parties to file their Motion for Preliminary Approval of Class Action Settlement and the hearing scheduled for June 7, 2010 are vacated.

. . .

. . .

IT IS FURTHER ORDERED that the parties will file a status report on or before June 21, 2010, advising the court of the status of the settlement agreement.

Dated:  May 26, 2010

*James Ware*
JAMES WARE
United States District Judge