*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | No. C 08-01515 JW (HRL)<br><br>**ORDER SETTING HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

In light of the parties' representation in the June 21, 2010 Status Report, the Court finds that it is now appropriate to set a hearing for the Preliminary Approval of Class Settlement for **August 30, 2010 at 9 a.m.** On or before **August 13, 2010**, the parties shall file their Joint Motion for Preliminary Approval of Class Settlement. In the event that the parties require additional time, the parties may file a Joint Status Report on August 13, 2010 to make such a request. In their request, the parties shall specify the additional time required to finalize their settlement.

1

1     Further, any proposed Order for Preliminary Approval shall have a proposed date for Final Approval filled in.  The parties shall review the Court's availability on-line for such a date.

Dated: June 25, 2010

                                JAMES WARE
                                United States District Judge