BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
          wharrison@bffb.com

*Interim Lead Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re First Franklin Financial Corp. Litigation | No. C08-01515 JW (HRL)<br><br>[~~PROPOSED~~] **ORDER EXTENDING DATE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Assigned to: Honorable James Ware**<br><br>**Date:** August 30, 2010<br>**Time:** 9:00 A.M.<br>**Location:** Ctrm 8, 4th Floor |

Pursuant to stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties' Assented to Motion for Preliminary Approval of Class Action Settlement, Memorandum of Points and Authorities and exhibits thereto shall be filed with the Court no later than Tuesday, August 17, 2010.

1  The Court also confirms that the hearing to consider said motion will remain as scheduled
2  on the Court's calendar for August 30, 2010 at 9:00 a.m.

DATED:  August 17, 2010

Honorable James Ware
United States District Court Judge