1    BONNETT, FAIRBOURN, FRIEDMAN
     & BALINT, P.C.
2    Andrew S. Friedman (to seek *pro hac vice*)
3    Wendy J. Harrison (CA 151090)
     2901 North Central Avenue, Suite 1000
4    Phoenix, Arizona 85012
     Telephone: (602) 274-1100
5    afriedman@bffb.com
6    wharrison@bffb.com

7    GARY KLEIN
     RODDY KLEIN & RYAN
8    Gary Klein (admitted *pro hac vice*)
9    Shennan Kavanagh
     727 Atlantic Avenue
10   Boston, MA 02111-2810
     Telephone: (617) 357-5500 ext. 15
11   Facsimile: (617) 357-5030

12

     *Interim Lead Counsel*

13

     *[Additional counsel appear on last page]*

14

15   Counsel for Plaintiffs

16            UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA

18              SAN JOSE DIVISION

19

20   IN RE FIRST FRANKLIN FINANCIAL     )   Case No.  CV08-1515 JW (HRL)
     CORPORATION LITIGATION            )
21                                     )   CLASS ACTION
22                                     )   **[PROPOSED] ORDER ALLOWING**
23                                     )   **CERTAIN LATE-FILED CLAIMS**
24                                     )
                                    )   *The Honorable James Ware*
25                                     )
26                                     )
27                                     )
28                                     )

1    Pursuant to stipulation of the parties and good cause appearing therefore,

2    IT IS HEREBY ORDERED that

3        1.  the 264 claims the Settlement Administrator received after December 14, 2010

4            where the postmark date is either illegible or the post office did not apply a

5            postmark shall be deemed timely and valid; and

6        2.  the 88 late claims accompanied by explanations for the claims' lateness shall

7            also be deemed timely and valid.

8

9

10   DATED: _____February 4, 2011_____        _James Ware_____

11                                           James Ware
                                             United States District Chief Judge
12

13

14   **Additional Plaintiffs' Counsel:**

15   CHAVEZ & GERTLER, L.L.P.
     Mark A. Chavez (SBN 90858)
16   Jonathan Gertler (SBN 111531)
     Nance F. Becker (SBN 99292)
17   42 Miller Avenue
     Mill Valley, California 94941
18   (415) 381-5599

19   ROBBINS GELLER RUDMAN
     & DOWD LLP
20   John J. Stoia, Jr. (CA SBN 141757)
     Theodore J. Pintar (CA SBN 31372)
21   655 West Broadway, Suite 1900
     San Diego, CA 92101
22   (619) 231-1058

23   BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
     Joseph H. Meltzer (admitted *pro hac vice*)
24   Donna Siegel Moffa (admitted *pro hac vice*)
     Edward W. Ciolko (admitted *pro hac vice*)
25   Joseph A. Weeden (admitted *pro hac vice*)
     Peter Anthony Muhic (admitted *pro hac vice*)
26   280 King of Prussia Road
     Radnor, PA 19087
27   (610) 667-7706

28   NATIONAL CONSUMER LAW CENTER
     Stuart T. Rossman (to be admitted *pro hac vice*)
     Charles Delbaum (admitted *pro hac vice*)

-1-

1   7 Winthrop Sq. 4th Flr.
    Boston, MA 02110
2   Telephone: (617) 542-8010

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING CERTAIN LATE-FILED CLAIMS, Case No. CV08-1515 JW HRL