1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  Andrew S. Friedman (to seek *pro hac vice*)
   Wendy J. Harrison (CA 151090)
3  2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
   Telephone: (602) 274-1100
5  afriedman@bffb.com
   wharrison@bffb.com
6
7  GARY KLEIN
   RODDY KLEIN & RYAN
8  Gary Klein (admitted *pro hac vice*)
9  Shennan Kavanagh
   727 Atlantic Avenue
10 Boston, MA 02111-2810
   Telephone: (617) 357-5500 ext. 15
11 Facsimile: (617) 357-5030
12
   *Interim Lead Counsel*
13
   *[Additional counsel appear on last page]*
14
15 Counsel for Plaintiffs

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

| | |
|---|---|
| 20  IN RE FIRST FRANKLIN FINANCIAL      ) | Case No.  CV08-1515 JW (HRL) |
|     CORPORATION LITIGATION              ) | |
| 21                                       ) | CLASS ACTION |
|                                          ) | |
| 22                                       ) | **[PROPOSED] ORDER ALLOWING** |
| 23                                       ) | **CLAIM OF JOSE BARRETO** |
|                                          ) | |
| 24                                       ) | *The Honorable James Ware* |
| 25                                       ) | |
| 26                                       ) | |
| 27                                       ) | |
| 28                                       ) | |

Pursuant to stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Jose Barreto's claim number 00778022 shall be deemed timely and valid.

DATED: __February 14, 2011__          _____
                                        HON. JAMES WARE
                                        UNITED STATES DISTRICT COURT JUDGE

*Additional Plaintiffs' Counsel:*

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Miller Avenue
Mill Valley, California 94941
(415) 381-5599

ROBBINS GELLER RUDMAN
& DOWD LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 31372)
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
Joseph H. Meltzer (admitted *pro hac vice*)
Donna Siegel Moffa (admitted *pro hac vice*)
Edward W. Ciolko (admitted *pro hac vice*)
Joseph A. Weeden (admitted *pro hac vice*)
Peter Anthony Muhic (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

NATIONAL CONSUMER LAW CENTER
Stuart T. Rossman (to be admitted *pro hac vice*)
Charles Delbaum (admitted *pro hac vice*)
7 Winthrop Sq. 4th Flr.
Boston, MA 02110
Telephone: (617) 542-8010